FILED
JAMES J. VILT, JR. - CLERK

FEB - 4 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**RASUAN ANDERSON**
a/k/a RASAUN ANDERSON
a/k/a RA'SUAN ANDERSON

INDICTMENT

NO. 3:26-cr-20-DJH
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about September 3, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **RASUAN ANDERSON**, a/k/a RASAUN ANDERSON, a/k/a RA'SUAN ANDERSON, knowingly possessed, in and affecting commerce, a Taurus, model G2C, 9 millimeter semi-automatic pistol, bearing serial number TLZ56996; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about January 20, 2011, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 10-CR-0224, **RASUAN ANDERSON**, a/k/a RASAUN ANDERSON, a/k/a RA'SUAN ANDERSON, was convicted of the offenses of Receiving Stolen Property Over $500 and Criminal Mischief First Degree; each a felony;

> On or about March 20, 2013, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-0094, **RASUAN ANDERSON**, a/k/a RASAUN ANDERSON, a/k/a RA'SUAN ANDERSON, was convicted of the offenses of Wanton Endangerment in the First Degree (two counts); each a felony;

On or about September 17, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-0906, **RASUAN ANDERSON**, a/k/a RASAUN ANDERSON, a/k/a RA'SUAN ANDERSON, was convicted of the offense of Possession of a Firearm by a Convicted Felon; a felony;

On or about February 9, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-2178, **RASUAN ANDERSON**, a/k/a RASAUN ANDERSON, a/k/a RA'SUAN ANDERSON, was convicted of the offenses of Possession of a Firearm by a Convicted Felon, Wanton Endangerment in the First Degree (two counts), Fleeing or Evading Police First Degree (Motor Vehicle), Wanton Endangerment First Degree (Police Officer), each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **RASUAN ANDERSON**, a/k/a RASAUN ANDERSON, a/k/a RA'SUAN ANDERSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to a Taurus, model G2C, 9 millimeter semi-automatic pistol, bearing serial number TLZ56996; and ammunition.

A TRUE BILL.

Kyl Bumgarner

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:ECL:02.04.26

UNITED STATES OF AMERICA v. **RASUAN ANDERSON,** a/k/a RASAUN ANDERSON, a/k/a RA'SUAN ANDERSON

### PENALTIES

Count 1:              NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
FORFEITURE

### NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  |  |  |  |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.      **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2.      Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.      Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:    Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:    Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.