UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                          CRIMINAL NO. 3:26-CR-000020-DJH

RASUAN ANDERSON                                                  DEFENDANT

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY,

AND THE JAILER OF THE LOUISVILLE METRO DEPARTMENT OF CORRECTIONS,

GREETINGS:

We command that you have the body of Rasuan Anderson, now detained in the Louisville

Metro Department of Corrections, under your custody as it is said, under safe and secure conduct

on or before May 19, 2026, at 1:30 p.m. EDT, in Louisville, Kentucky, for appearance before the

Judge of our District Court within and for the District aforesaid, and to remain in federal custody

until final resolution of this case, for the purpose of defending, if he wishes, charges against him

now pending in this Court, and after conclusion of said cause, that you return him to the said

Louisville Metro Department of Corrections, under safe and secure conduct, and have you then

and there this writ.

April 16, 2026

**David J. Hale, Chief Judge**
**United States District Court**